FILED

04/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0094

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No.
DA 20-0094

| | | |
|---|---|---|
| MILLIGAN ACCOUNTING, INC., | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER FOR DISMISSAL** |
| JUNKERMIER, CLARK, CAMPANELLA, | ) | **WITH PREJUDICE** |
| STEVENS, P.C., CHRISTINA RIEKENBERG, | ) | |
| PAUL UITHOVEN, TERRY L. ALBORN, and | ) | |
| ALBORN, UITHOVEN, RIEKENBERG, P.C. | ) | |
| d/b/a AMATICS CPA GROUP, | ) | |
| | ) | |
| Defendants/Appellants. | ) | |
| | ) | |

Milligan Accounting, Inc., Terry L. Alborn, and Alborn, Uithoven, Riekenberg, P.C. having filed a Joint Stipulation for Dismissal pursuant to Rule 16, M. R. App. P., and good cause appearing therefrom, it is hereby ordered that:

Milligan Accounting, Inc.'s, Terry L. Alborn's, and Alborn, Uithoven, Riekenberg, P.C.'s appeals and cross-appeals are hereby dismissed with prejudice.

DATED this _____ day of April, 2020.

_____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
April 16 2020